UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL CLARKE, | Case No. 5:16-cv-00704-JAK-DTB |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company; SANTANDER CONSUMER USA, INC., an Illinois corporation; SAFECO INSURANCE COMPANY OF AMERICA, INC., a New Hampshire corporation; DOES 1 through 100, inclusive, | |
| Defendants. | |

    This Action came on regularly before the Court on September 26, 2017, on a bench trial, and the evidence having been fully considered, the issues having been

1

duly heard and a decision having been duly rendered, judgment is hereby entered in favor of Defendants CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, SANTANDER CONSUMER USA, INC., and SAFECO INSURANCE COMPANY OF AMERICA, INC. (collectively, "Defendants"), and against plaintiff LIONEL CLARKE. Defendants may recover from the Plaintiff its costs associated with the action, taxed in the sum of an amount to be determined upon the filing of the appropriate application.

**IT IS SO ORDERED.**

Dated: August 13, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE